# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: **HOWARD S. ROSS** | ) ) ) ) MISC. BUSINESS DOCKET ) No.: 26-mc-91038-DJC ) ) ) |

## NOTICE OF FILING OF ADMINISTRATIVE ACTION

Notice is hereby given to **HOWARD S. ROSS**, of the filing with the United States District Court for the District of Massachusetts of a certified copy of an Order of Disability Inactive Status from the Supreme Judicial Court. A copy of that Order is enclosed herein.

According to *Local Rule 83.5.1 ADMISSION TO THE DISTRICT BAR*, attorneys must be in good standing in Massachusetts. The United States District Court for the District of Massachusetts adopts the same Inactive status as the Supreme Judicial Court and Attorney Ross' status is hereby INACTIVE and he cannot practice law in this Court.

DATED: January 29, 2026                                  BY: /s/ Robert M. Farrell
                                                                                Robert M. Farrell
                                                                                Clerk of Court